# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ADAM GARDINER, JOSEPH GRECO, and SEAN CONROY, as individuals and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>TSYS BUSINESS SOLUTIONS, LLC, f/k/a TRANSFIRST, LLC, a Delaware limited liability company; TOTAL SYSTEM SERVICES, INC., a Georgia corporation; and DOES 1 through 100,<br><br>　　　　　Defendants. | Case No. 8:18-cv-00415-DOC-(JCGx)<br><br>[*Assigned for all purposes to the Hon. David O. Carter, Courtroom 9D*]<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT [20]**<br><br>Date:　　　　September 17, 2018<br>Time:　　　　8:30 a.m.<br>Courtroom:　9D<br><br>Action Filed: September 8, 2017<br>Removed:　　March 15, 2018<br>TAC Filed:　 July 25, 2018<br>Trial Date:　 None Set |

ORDER GRANTING PRELIMINARY APPROVAL OF CLASS,
COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT

The Motion of Plaintiffs Adam Gardiner, Joseph Greco, and Sean Conroy ("Plaintiffs") for Preliminary Approval of Class Action Settlement came on regularly for hearing before this Court on September 17, 2018, at 8:30 a.m. The Court, having considered the proposed Settlement Agreement and Release of Claims ("Settlement Agreement" or "Agreement"), attached as Exhibit 1 to the Declaration of Paul K. Haines filed concurrently with the Motion; having considered Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, memorandum of points and authorities in support thereof, and supporting declarations filed therewith; and good cause appearing, HEREBY ORDERS THE FOLLOWING:

1.     The Court GRANTS preliminary approval of the class action settlement as set forth in the Settlement Agreement and finds its terms to be within the range of reasonableness of a settlement that ultimately could be granted approval by the Court at a Final Approval Hearing. The Court preliminarily approves the terms of the Settlement Agreement and finds that they fall within the range of approval as fair, adequate and reasonable. Based on a review of the papers submitted by Plaintiffs, the Court finds that the Settlement is the result of arms-length negotiations conducted after Plaintiffs and/or their counsel adequately investigated the claims and became familiar with the strengths and weaknesses of the claims. The assistance of an experienced mediator in the Settlement process supports the Court's conclusion that the Settlement is non-collusive and reasonable. The Settlement is presumptively valid, subject only to any objections that may be raised pursuant to the terms of the Settlement Agreement.

2.     For purposes of the Settlement, the Court finds that the proposed Class is ascertainable and that there is a sufficiently well-defined community of interest among the Class Members in questions of law and fact. Therefore, for

ORDER GRANTING PRELIMINARY APPROVAL OF CLASS,
COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT

settlement purposes only, the Court grants conditional certification of the following Settlement Class:

> All of Defendants TSYS Merchant Solutions, LLC and Total System Services, Inc.'s current and former non-exempt Sales Representatives or Account Executives in California who were paid pursuant to Defendants' recoverable draw-based commission compensation plan(s), at any time since September 8, 2013, through the date the Court grants preliminary approval of the Settlement Agreement.

3.     The Court finds that, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3), which the Court need not address for purposes of settlement.

4.     For purposes of the Settlement, the Court designates Plaintiffs Adam Gardiner, Joseph Greco, and Sean Conroy as Class Representatives, and designates Paul K. Haines, Tuvia Korobkin, and Stacey Shim of Haines Law Group, APC, and Isam C. Khoury, Michael D. Singer, and Jeff Geraci of Cohelan Khoury & Singer, as Class Counsel.

5.     The Court appoints Kurtzman Carson Consultants LLC as the third-party Settlement Administrator for mailing notices.

6.     The Court approves, as to form and content, the proposed Notice of Class and Collective Action Settlement ("Class Notice").

7.     The Court finds that the form of notice to the Class Members regarding the pendency of the action and of the Settlement Agreement, and the methods of giving notice to Class Members constitute the best notice practicable under the circumstances, and constitute valid, due, and sufficient notice to all Class Members.  The form and method of giving notice complies fully with the requirements of due process, the United States Constitution, and other applicable law.

///

3

ORDER GRANTING PRELIMINARY APPROVAL OF CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT

8.     The Court further approves the procedures for Class Members to opt out of or object to the Settlement, as set forth in the Class Notice and the Settlement Agreement.

9.     The procedures and requirements for submitting objections in connection with the Final Approval Hearing are intended to ensure the efficient administration of justice and the orderly presentation of any Class Member's objection to the Settlement, in accordance with the due process rights of all Class Members.

10.     The Court directs the Settlement Administrator to mail the Class Notice to the Class Members in accordance with the terms of the Settlement Agreement.

11.     The Class Notice shall provide 60 calendar days' notice for Class Members to submit disputes, opt out of, or object to the Settlement.

12.     The Final Approval Hearing on the question of whether the Settlement Agreement should be finally approved as fair, reasonable and adequate is scheduled on December 3, 2018, at 8:30 a.m., in Courtroom 9D of this  Court, located at the Ronald Reagan Federal Building, United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701.  The Court reserves the right to continue the date of the Final Approval Hearing without further notice to the Class Members.

13.     At the Final Approval Hearing, the Court will consider: (a) whether the Settlement Agreement should be approved as fair, reasonable, and adequate for the Settlement Class; (b) whether a judgment granting final approval of the Settlement Agreement should be entered; and (c) whether Plaintiffs' request for enhancement payments, settlement administration costs, LWDA's share of PAGA penalties, and Class Counsel's attorneys' fees and costs should be granted.

14.     Counsel for the parties shall file memoranda, declarations, or other statements and materials in support of their request for Plaintiffs' enhancement

4

ORDER GRANTING PRELIMINARY APPROVAL OF CLASS,
COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT

payments and Class Counsel's attorneys' fees and costs on or before November 5, 2018. Class Counsel shall file their motion for final approval of the Settlement on or before November 5, 2018.

15.     An implementation schedule is below:

| Event | Date |
|---|---|
| Defendant to provide class data to Settlement Administrator no later than: | Within twenty (20) calendar days after entry of this Order. |
| Settlement Administrator to mail the Class Notice to the Class Members no later than: | Within thirty (30) calendar days after entry of this Order. |
| Deadline for Class Members to submit disputes, request exclusion from, or object to the Settlement: | Within sixty (60) calendar days after mailing of the Class Notice Packet. |
| Deadline for Plaintiffs to file Motion for Final Approval of Class Action Settlement: | November 5, 2018 |
| Final Approval Hearing | December 3, 2018 at 8:30 a.m. |

16.     The Court expressly reserves the right to adjourn or continue the Final Approval Hearing, and other dates set forth in this order, from time to time without further notice to Class Members.

17.     Pending the Final Approval Hearing, all proceedings in this action, other than proceedings necessary to carry out or enforce the terms and conditions of the Settlement Agreement and this Order, are stayed.

18.     Counsel for the parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the Settlement which are not inconsistent with either this Order or the terms of the Settlement.

IT IS SO ORDERED.

Dated: September 24, 2018

_David O. Carter_

The Honorable David O. Carter
United States District Judge

ORDER GRANTING PRELIMINARY APPROVAL OF CLASS,
COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT