**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Tuvia Korobkin (SBN 268066)
tkorobkin@haineslawgroup.com
Stacey M. Shim (SBN 305911)
sshim@haineslawgroup.com
222 N. Sepulveda Blvd., Suite 1550
El Segundo, CA 90245
Tel.: (424) 292-2350/Fax: (424) 292-2355
Attorneys for Plaintiffs ADAM GARDINER and JOSEPH GRECO

**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
Jeff Geraci (SBN 151519)
jgeraci@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tel.: (619) 595-3001/Fax: (619) 595-3000

**HAMNER LAW OFFICES, APC**
Christopher J. Hamner, Esq. (SBN 197117)
chamner@hamnerlaw.com
5023 Parkway Calabasas
Calabasas, CA 91302-1421
Tel.: (818) 876-9631
Attorneys for Plaintiff SEAN CONROY

[*Additional counsel on following page*]

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ADAM GARDINER, JOSEPH GRECO, and SEAN CONROY, as individuals and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TSYS BUSINESS SOLUTIONS, LLC, f/k/a TRANSFIRST, LLC, a Delaware limited liability company; TOTAL SYSTEM SERVICES, INC., a Georgia corporation; and DOES 1 through 100, <br><br> Defendants. | Case No. 8:18-cv-00415 DOC (JCGx) <br><br> **JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING AND PLAINTIFFS' DEADLINE TO MOVE FOR FINAL APPROVAL** <br><br> **[Proposed Order submitted concurrently]** <br><br> Action filed: September 8, 2017 <br> Removed: March 15, 2018 <br> TAC filed: July 25, 2018 <br> Trial date: None Set |

| | |
|---|---|
| 1 | **SEYFARTH SHAW LLP**<br>John R. Giovannone (SBN 239366) |
| 2 | jgiovannone@seyfarth.com<br>333 S. Hope Street, Suite 3900 |
| 3 | Los Angeles, CA 90071<br>Tel.: (213) 270-9600/Fax: (213) 270-9601 |
| 4 | |
| 5 | **SEYFARTH SHAW LLP**<br>Jinouth D. Vasquez Santos (SBN 299056) |
| 6 | jvasquezsantos@seyfarth.com<br>2029 Century Park East, Suite 3500 |
| 7 | Los Angeles, CA 90067-3021<br>Tel.: (310) 277-7200/Fax: (310) 201-5219 |
| 8 | Attorneys for Defendants TSYS BUSINESS SOLUTIONS, LLC, f/k/a TRANSFIRST, LLC; and TOTAL SYSTEM SERVICES, INC. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING AND PLAINTIFFS'
DEADLINE TO MOVE FOR FINAL APPROVAL

1  Plaintiffs Adam Gardiner, Joseph Greco, and Sean Conroy ("Plaintiffs") and Defendants TSYS Business Solutions, LLC f/k/a Transfirst, LLC and Total System Services, Inc. ("Defendants"), through their respective counsel of record, hereby stipulate and respectfully jointly request that the Court continue the deadline for Plaintiffs to file their Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Costs from November 5, 2018 to December 28, 2018, and to continue the Final Approval Hearing from December 3, 2018 at 8:30 a.m. to January 28, 2019 at 8:30 a.m.

WHEREAS, Plaintiffs' Motion for Preliminary Approval of Class Action Settlement came on for hearing before this honorable Court on September 17, 2018. *See* Dkt. Nos. 20-21;

WHEREAS, On September 24, 2018, the Court entered its Order granting Plaintiffs' motion (the "Preliminary Approval Order"). *See* Dkt. No. 22. Pursuant to the Preliminary Approval Order, the Court set November 5, 2018 as the deadline for Plaintiffs to file their Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Costs, and December 3, 2018 at 8:30 a.m. for the Final Approval Hearing;

WHEREAS, however, pursuant to the timeline provided for in the Parties' Settlement Agreement, the Class Notice Packets will be mailed to all putative class members on or before October 24, 2018, which will result in the 60-day Dispute, Exclusion Request, and Objection Request deadline falling on December 23, 2018. *See* Settlement Agreement, Dkt. No. 20-1, Exhibit 1, at ¶¶ 3.2-3.4, 4.1.

WHEREAS, the Parties submit that good cause exists to continue the deadline for Plaintiffs to file their Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Costs until after the conclusion of the 60-day Dispute, Exclusion Request, and Objection Request period (i.e., from November 5, 2018 to December 28, 2018) to allow Plaintiffs to accurately report the putative class members' reactions to the proposed Settlement, to inform the

1 | Court of the final participation rates and average settlement awards, and to address
2 | any possible Objections that putative class members may file, and to continue the
3 | Final Approval Hearing accordingly.

4 |      THEREFORE, the Parties hereby stipulate and respectfully request that the
5 | Court:

6 |    1. Continue the deadline for Plaintiffs to file their Motion for Final Approval
7 |       of Class Action Settlement and Motion for Attorneys' Fees and Costs
8 |       from November 5, 2018 to December 28, 2018; and
9 |    2. Continue the Final Approval Hearing from December 3, 2018 at 8:30 a.m.
10 |       to January 28, 2019 at 8:30 a.m., or as soon thereafter as is convenient for
11 |       the Court.

12 | **SO STIPULATED.**

13 | Dated: October 11, 2018            HAINES LAW GROUP, APC

By: _____
Paul K. Haines
Tuvia Korobkin
Attorneys for Plaintiffs

Dated: October 10, 2018            SEYFARTH SHAW LLP

By: _____
John Giovannone
Jinouth D. Vasquez Santos
Attorneys for Defendants

Case 8:18-cv-00415-DOC-JCG   Document 23   Filed 10/11/18   Page 5 of 5   Page ID #:353

Pursuant to Local Rule 5-4.3.4, I, Paul K. Haines, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: October \_\_, 2018

_____
Paul K. Haines
Attorney for Plaintiffs

3
JOINT STIPULATION TO CONTINUE FINAL APPROVAL HEARING AND PLAINTIFFS' DEADLINE TO MOVE FOR FINAL APPROVAL